IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

Civil Action No. 06 — CV — 00912 - BNB

MAY 16 2006

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

GREGORY C. LANGHAM
CLERK

COLORADO STATE PRISONERS, and
BRIAN TURNER, #127264

      Plaintiffs,

v.

STATE OF COLORADO,

      Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff Brian Turner has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and an Unequal Application/Equal Protection Violation Complaint.  The court has determined that the documents are deficient as described in this order.  Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action.  Plaintiff Brian Turner will be directed to cure the following if he wishes to pursue his claims.  Any papers which the Plaintiff Brian Turner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing required financial information
(5)   __   is missing an original signature by the prisoner

(6)  ___  is not on proper form (must use the court's current form)
(7)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___  An original and a copy have not been received by the court. Only an original has been received.
(9)  ___  other _____

**Complaint, Petition or Application**:
(10)  ___  is not submitted
(11)  _X_  is not on proper form (must use the court's current form)
(12)  ___  is missing an original signature by the prisoner
(13)  ___  is missing page nos. ___
(14)  ___  uses et al. instead of listing all parties in caption
(15)  ___  An original and a copy have not been received by the court.  Only an original has been received.
(16)  ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  ___  names in caption do not match names in text
(18)  ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff Brian Turner cure the deficiencies

designated above **within thirty (30) days from the date of this order**.  Any papers

which the Plaintiff Brian Turner files in response to this order must include the civil

action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff Brian

Turner, together with a copy of this order, two copies of the following form: Prisoner

Complaint.  It is

FURTHER ORDERED that, if the Plaintiff Brian Turner fails to cure the

designated deficiencies **within thirty (30) days from the date of this order**, the

complaint and the action will be dismissed without further notice.  The dismissal shall

be without prejudice.

DATED at Denver, Colorado, this 12ᵀᴴ day of May_____, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**


Civil Action No. **06 - CV - 00912** -ßₙß

Brian Turner
Reg. No.
Fremont Corr. Facility
P.O. Box 999
Canon City, CO 81215


I hereby certify that I have mailed a copy of the **ORDER and two copies of the
Prisoner Complaint** to the above-named individuals on _5-16-06_


GREGORY C. LANGHAM, CLERK


By:_____
Deputy Clerk